NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————————

**DENISE ROWLES,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

————————————

2024-2248

————————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-5045, Chief Judge Michael P. Allen.

————————————

**JUDGMENT**

————————————

JARED L. LEVINSON, The Veterans Law Office of Jared Levinson, Baltimore, MD, argued for claimant-appellant.

ISABELLE AUBRUN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by ERIC P. BRUSKIN, PATRICIA M. MCCARTHY, BRETT SHUMATE; MATTHEW ALBANESE, BRIAN D. GRIFFIN, Office of

General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 10, 2026
Date

Jarrett B. Perlow
Clerk of Court